Theresa S. Mubang
Reg # 45091-083
SFF Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525
March 28th, 2011

Judge D. Chasanow
Federal District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

USA Vs Theresa S. Mubang
Criminal No. DKC 2003-0539
Civil Action No. DKC 2006-1838

Your Honor, you assessed me resitution of $80,000 at my sentencing. Since my incarceration I have been meeting my financial obilgation of $50 per month.

I receive between $250 to $300 per month from my family. I did have a job ($12¢ per hour) until I became medically restricted a few months ago.

With my allowance, I use $125 for the telephone, email to stay in touch with my children and their caregivers. BOP does not provide us with personal hygienes, shoes, clothing and basic medications for toothache or headache, when it's available in commissary.

Recently my counselor arbitrarily increased my monthly payment to $215 per month. Did you not say at my sentencing when and how much I had to pay? Please help me by exempting me from

payment until I am released or set an amount I can manage, While I am waiting on your resolution to Vacate my Motion 2255, Thank you Very Much.

Yours Sincerely
Theresa Mubang 45091683