Theresa S Mubang
Reg # H5091-083
SFF Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525
October 6th, 2011

USA vs Theresa S. Mubang
Criminal No. DKC 2003-0539
Civil Action No. DKC 2006-1838

Dear Clerk

I would like to order the court to release all my filed Motions to Vacate under 28 U.S.C. §2255 and all the attached Motions for Clarification, Motion for leave to supplement the record, Motion to submit unpublished authorities, Motion for a summary order for an evidenting hearing, Motion for release from custody, the Motions to Vacate, set aside or correct sentence and a certificate of appealability with respect to the courts prior orders denying petitioners Motion to vacate, to my attorney listed below.

I will be sending my neice and son Dean Awah to pick copies of the above mentioned Motions. Thanks very much for your time.

Yours sincerely
Theresa Mubang

Release to My Attorney Albert Usumanu   Law Office
1201 Marquette Ave, Suite 315
Minneapolis, MN 55403

Terri Mulvany 45891-083
FF Hazelton
P.O. Box 3000
Bruceton Mills, WV
26525

Clerks Office
US District Court
6500 Cherrywood Lane
Greenbelt MD 20770